```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :   INDICTMENT
                                     :
          -v.-                       :
                                     :   07 Cr.
WILLIAM DAVIS,                       :
                                     :
                    Defendant.       :
- - - - - - - - - - - - - - - - - - x
```

**07 CRIM 468**

COUNT ONE

The Grand Jury charges:

1. From at least in or about January, 2006, to at least in or about October, 2006, in the Southern District of New York and elsewhere, WILLIAM DAVIS, the defendant, unlawfully, willfully, and knowingly, did possess and attempt to possess books, magazines, periodicals, films, videotapes, computer disks, and other material that contained images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, WILLIAMS possessed images of child pornography that were created outside the State of New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

**JUDGE KARAS**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 24 2007

COUNT TWO

The Grand Jury further charges:

2. From at least in or about January, 2006, to at least in or about October, 2006, in the Southern District of New York and elsewhere, WILLIAM DAVIS, the defendant, after having been convicted in a court of crimes punishable by imprisonment for a term exceeding one year, to wit, [i] a conviction on or about May 14, 1991, in New York Supreme Court, New York County, for sodomy in the first degree, a Class B felony, Penal Law 130.50, and [ii] a conviction on or about May 22, 1978, in New York Supreme Court, Bronx County, for robbery in the second degree, a Class C Felony, Penal Law 160.10, unlawfully, willfully, and knowingly did possess in and affecting commerce, ammunition, to wit, five pieces of ammunition, to wit, five Hirtenberger Patronen 9 millimeter pieces of ammunition manufactured by MFS Hungarian Ammunition Manufacturing Inc., which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

WILLIAM DAVIS

Defendant.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. § §§ 922(g)(1) and 2252A(a)(5)(B) and (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

---

5/24/07  Indictment filed. A/w issued. Assigned to Judge Karas.

Fox, J.