UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

    - v -                          :        **NOTICE OF MOTION**

**WILLIAM DAVIS**,                   :        **07 CR 468 (KMK)**

       Defendant.              :

- - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE**, that upon the annexed declarations of **Steven M. Statsinger, Esq.**, and **William Davis**, the undersigned will move this Court, before the Honorable Kenneth M. Karas, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a time to be designated by the Court, for an order, pursuant to Rules 12 and 41 of the Federal Rules of Criminal Procedure, suppressing physical evidence obtained in violation of the Fourth Amendment to the United States Constitution, or granting an evidentiary hearing on this motion, and granting such other and further relief as the Court deems just and proper.

Dated:  New York, New York
       June 13, 2007

                              Respectfully submitted,

                              **LEONARD F. JOY, ESQ.**
                              Federal Defenders of New York

               By: _____
                              **STEVEN M. STATSINGER, ESQ.**
                              Attorney for Defendant
                              **WILLIAM DAVIS**
                              52 Duane Street - 10th Floor
                              New York, New York  10007
                              Tel.: (212) 417-8736

TO:
    **MICHAEL J. GARCIA, ESQ.**
    United States Attorney
    Southern District of New York
    One St. Andrew's Plaza
    New York, New York 10007
    Attn: Benjamin A. Naftalis, Esq.
        Assistant United States Attorney