

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 18, 2007

**BY FACSIMILE**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Foley Square
New York, New York 10007

> Re:  **United States v. William Davis**
>      07 Cr. 468 (RJS)

Dear Judge Sullivan:

    On September 18, 2007, Your Honor scheduled a status conference for September 19, 2007, at 4:15 p.m., subsequent to the reassignment of this case to Your Honor and in connection with defendant's outstanding suppression motion, which was filed on June 13, 2007. This conference has now been rescheduled for Monday, October 22, 2007, at 2:30 p.m., in order to accommodate the schedules of both the defendant and the Government. Counsel for the defendant, Steven Statsinger, Esq. consents to this adjournment.

    By way of background, the defendant has recently been convicted, in Westchester County, of predatory sexual assault, kidnapping, criminal impersonation of a police officer, rape, sexual abuse, endangering the welfare of a child, sexual menacing, and rape of a 12 year-old girl. The defendant faces a maximum of life imprisonment for those convictions. A presentence conference has been set for tomorrow, September 20, 2007, and sentencing is scheduled for October 8, 2007. An adjournment is in the defendant's interest to allow him unfettered access to his state counsel in preparation for his October 8, 2007 state sentencing. In addition, the undersigned will be on trial for approximately one week before the Honorable Samuel Conti, who will be visiting the District from the Northern District of California, beginning Tuesday, October, 9, 2007.

    The Government respectfully requests that the Court exclude time from today until October 22, 2007, pursuant to the

Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant unfettered access to his state attorney in connection with his upcoming sentencing, and the Government to prepare a response to the defendant's outstanding motion and to accommodate its trial schedule. Steven Statsinger, Esq., counsel for the defendant, consents to this request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Benjamin A. Naftalis
Assistant United States Attorney
Tel. No. (212) 637-2456

cc: Steven Statsinger, Esq. (by fax)

So ordered.

[signature]
USDJ
9/20/07

2