press release title
Case 1:07-cr-00468-RJS    Document 11-3    Filed 10/25/2007    Page 1 of 2
Page 1 of 2



**WESTCHESTER COUNTY DISTRICT ATTORNEY**
**NEWS RELEASE**
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601
(914) 995-1585
(914) 995-2116 Fax

## CONVICTION ON ALL FIFTEEN COUNTS IN
## ARDSLEY ABDUCTION AND RAPE

Westchester County District Attorney Janet DiFiore announced that **William Davis** (DOB 9/14/60) of 1 West 126th Street, New York City, New York was convicted today on all fifteen counts of the indictment in the abduction and rape of a 12 year old New York City girl.

Davis was convicted on four counts of Predatory Sexual Assault, class "A" Felonies, four counts of Predatory Sexual Assault against a Child, class "A" Felonies, one count of Kidnapping in the Second Degree, a class "B" Felony, one count of Criminal Impersonation in the First Degree, a class "E" Felony, two counts of Sexual Abuse in the First Degree, class "D" Felonies, two counts of Sexual Abuse in the Second Degree, class "A" Misdemeanors and one count of Endangering the Welfare of a Child, a class "A" Misdemeanor.

On December 28, 2006, Davis approached his 12 year old victim on a street in the Gravesend section of Brooklyn, aware that she had lost her cell phone, identified himself as a police officer and offered to help her find the phone. During the search, the victim got into the defendant's car. The phone was recovered and, under a pretext of verifying that the cell phone actually belonged to the victim, she was taken to a motel in Westchester County where she was held against her will and raped.

An extensive, coordinated response and investigation by the Ardsley Police and the Brooklyn Special Victim's Unit of the New York Police Department, along with the help of the victim, allowed detectives to retrace the route that was taken through New York City to the Westchester County motel where the assault occurred and the defendant subsequently arrested.

This is the first time in Westchester County that the Predatory Sexual Assault and Predatory Sexual Assault Against a Child statues have been used in a prosecution since these new crimes were created by the legislature in June of last year.

The predatory prefix attaches when an individual has previously been convicted of the same crime.

"An aggressive, highly coordinated investigatory effort between law enforcement agencies in New York City and Westchester along with the remarkable maturity and courage that this 12 year old child displayed when she came forward and then testified in court, assured this defendant's conviction," said District Attorney Janet DiFiore after the verdict. "As a caution to all parents, the fact that this previously convicted sex offender, who was already on the Meghan's Law Registry, was able to perpetrate this crime underscores the vigilance that we all must constantly maintain."

Davis will be sentenced on October 8, 2007.

He faces a maximum of life in state prison.

Assistant District Attorney Laura Murphy, Chief of the Child/Elder Abuse Bureau and Assistant District

Attorney Christine Hatfield of the Child/Elder Abuse Bureau prosecuted the case.



**William Davis**