```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA           :    AFFIRMATION

          -v.-                     :    07 Cr. 468 (RJS)

WILLIAM DAVIS,                     :

               Defendant.          :

------------------------------x

STATE OF NEW YORK          )
NEW YORK COUNTY            )  ss.:
SOUTHERN DISTRICT OF NEW YORK )
```

MARGARET SCRIVEN, pursuant to Title 28, United States Code, Section 1746, hereby affirms under penalty of perjury:

1. On July 29, 2005, I married William Davis, and lived with him at an apartment located at 1 West 126th Street, Apt. 6F, New York ("My Apartment").

2. In December 2007, I was interviewed at My Apartment by officers of the Ardsely Police Department in connection with their investigation and pursuit of the defendant, for predatory sexual assault, kidnapping, criminal impersonation of a police officer, rape, sexual abuse, endangering the welfare of a child, sexual menacing, and rape of a 12 year-old girl. I told them, in sum and substance, some of the following:

    a. In April 2006, I kicked the defendant out of My Apartment after I learned that the defendant was sexually abusing my daughter;

    b. After April 2006 -- with the exception of one call in July 2006 to inform the defendant about the birth of our son -- the only thing I talked to the defendant about was his coming to My Apartment to pick up his

       belongings;

c. Over the next few months, I called the defendant numerous times on his home and cell phones, and told him to come to My Apartment to pick up his belongings;

d. Between April 2006 and July 2006, the defendant made approximately four to five trips to My Apartment and retrieved some of his personal belongings, including his television, two computers, some electronics, mail, and some clothing;

e. The last time the defendant came to My Apartment to pick up his belongings was in July 2006;

f. In September 2006, I called the defendant several times on his home and cell phones, and again told him to pick up the rest of his belongings;

g. In September or October 2006, I sent the defendant a certified letter telling him to come get the rest of his belongings otherwise I was going to throw them out;

h. In October 2006, after the defendant had received paperwork from the New York City Administration for Children's Services ("ACS") relating to his abuse of my daughter, I talked to the defendant on the telephone and again told him to get the rest of his belongings;

i. After I learned of the defendant's arrest, I began to throw out the things the defendant still hadn't picked up; and

j. One item the defendant never picked up was his safe, to which I don't know the combination;

3. After the defendant's arrest, I called the police and told them about the safe. Shortly thereafter, the police

took the safe, in addition to one of the defendant's computer hard drive.

    4.   I have not talked to the defendant since October 2006.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
           September 20, 2007

                                                _____
                                                MARGARET SCRIVEN