ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :           A F F I R M A T I O N
                                    :
        -v.-                        :           07 Cr. 468 (RJS)
                                    :
WILLIAM DAVIS,                      :
                    Defendant.      :
                                    :
- - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss:

      BENJAMIN A. NAFTALIS, being duly sworn, deposes and says that he is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that he is in charge of the above-entitled matter; that one WILLIAM DAVIS (NYSID# 177025), now detained at the Westchester County Jail, Valhalla, New York, has been charged in an Indictment with violating Title 18, United States Code, Sections 922(g)(1) and 2252A(a)(5)(B) and (b)(2).

      By this application, the Government seeks a writ of habeas corpus ad prosequendum, so that WILLIAM DAVIS, the defendant, can be brought before this Court to be available for prosecution in the Indictment captioned United States v. William Davis, 07 Cr. 468 (RJS). On prior application for similar relief has been made, but that writ has previously been satisfied.

      WHEREFORE, your deponent respectfully prays that a writ of habeas corpus ad prosequendum issue, directing the Warden of the Westchester County Jail, the United States Marshal for the Southern District of New York, or any other authorized law

enforcement officers, including but not limited to Special Agent Sean Watson of the Federal Bureau of Investigation, to produce the above-named defendant to the custody of the Warden of the Metropolitan Correctional Center or the person in charge there, to be available for prosecution, as soon as the defendant is available and no later than on or about November 26, 2007, and to appear as necessary thereafter in that case until WILLIAM DAVIS shall have been discharged or convicted and sentenced.

   I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

_____
BENJAMIN A. NAFTALIS
Assistant United States Attorney
(212) 637-2456


Dated:  November 8, 2007
     New York, New York