# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

March 13, 2008

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**BY HAND DELIVERY**

Hon. Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

    **Re: United States v. William Davis**
        **No. 07 Cr. 468 (RJS)**
        **Motion to be Relieved**

Dear Judge Sullivan:

    Yesterday, I received a copy of correspondence from Mr. Davis to the Court asking that my office be "dismissed" as his counsel. In light of this, I would respectfully request that a conference be scheduled at a time convenient to the Court during the week of March 31 so that new counsel can be appointed.

    The government has advised me that Mr. Davis is scheduled to be sentenced in his state case on March 20; if that indeed takes place, the federal case will be able to proceed once the issues about his counsel are resolved.

*[Handwritten: Conference set for April 3, 2008 @ 11AM.]*

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

SO ORDERED
Dated: 3/17/08
RICHARD J. SULLIVAN
U.S.D.J.

cc: AUSA Benjamin Naftalis
    (by facsimile: 212-637-2387)