USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4\3\08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

William Davis

Defendant.

Case No. 07-CR-468 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

The Federal Defender attorney assigned to this case Steven Satsinger, Esq. is

hereby ordered substituted and the representation of the defendant in the above captioned matter

is assigned to C.J.A. counsel Royce Russell, Esq.

Mr. Russell shall file an electronic notice of appearance.

SO ORDERED.

Richard J. Sullivan,
United States District Judge

Dated: April 3, 2008
    New York, N.Y.