UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

-v-

William Davis

                Defendant.

Case No. 07-CR-468 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

      IT IS HEREBY ORDERED that all parties appear with counsel for a suppression hearing on **July 24, 2008 at 10am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21C.

SO ORDERED.

Dated:    July 7, 2008
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE