AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America
v.
William Davis

**APPEARANCE**

Case Number: 07 Cr. 468 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the United States of America.

I certify that I am admitted to practice in this court.

July 8, 2008
Date

*/s/ Aimee Hector*
Signature

Aimee Hector | AH1553
Print Name | Bar Number

One St. Andrew's Plaza
Address

New York | NY | 10007
City | State | Zip Code

(212) 637-2203 | (212) 637-2937
Phone Number | Fax Number