USDSDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

WILLIAM DAVIS,

                Defendant.

No. 07 Cr. 0468 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

The suppression hearing previously scheduled for July 24, 2008, was adjourned. At the request of the parties, the suppression hearing is hereby RESCHEDULED for August 11, at 2:15 PM, in Courtroom 21C.

SO ORDERED.

Dated:     July 31, 2008
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE